IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DEXTER W. WHITE, WAYNE ) <br> BRANTLEY, and DAVID HILL ) <br>     Plaintiffs, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> GRANT PARKER, individually and d/b/a ) <br> COLORSCAPES, INC. and LYNN ) <br> DILLARD DOSS, individually and ) <br> d/b/a DOSS & ASSOCIATES ) <br> ) <br>     Defendants. ) | CASE NO. 1:11-cv-00294 <br> Collier/Carter |

**AGREED ORDER REGARDING TELEPHONE RECORDS OF LYNN DILLARD DOSS**

Upon agreement of the parties, Plaintiffs, Dexter W. White, Wayne Brantley and David Hill ("Plaintiffs"), and Defendant, Lynn Dillard Doss, individually and d/b/a Doss & Associates ("Defendant Doss"), pursuant to Rule 34 (a) of the *Federal Rules of Civil Procedure*, 47 U.S.C. § 222(c)(1), and the Stored Communications Act, 18 U.S.C. §§ 2701-2711, § 2702(b), and for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiffs or their representatives, Spears, Moore, Rebman & Williams, are authorized to obtain Defendant Doss's telephone records from TDS Communications Corporation ("TDS Telecom") for all incoming and outgoing calls from January 2009 through January 2012 for phone number [706-632-2083] by written request and/or subpoena;

2. The costs of copying the above records will be paid by Plaintiffs or their representatives;

3. A copy of any written records obtained pursuant to this Agreed Order will be furnished to Defendant Doss within seven (7) days of receipt;

4. Plaintiffs or their representatives will provide notice to counsel for Defendant Doss if records are reviewed but not copied. Any such notice will specify which records have been reviewed but not copied;

5. The information obtained pursuant to this Agreed Order may only be used for purposes of this litigation;

6. This Agreed Order does not constitute as waiver of the parties' jurisdictional claims or defenses;

7. The records obtained pursuant to this Agreed Order and all copies thereof in Plaintiffs' possession, including electronically stored information, must be either returned to the entity providing the records or destroyed within fifteen (15) months after the conclusion of this litigation or the resolution of all disputes, whichever last occurs.

ENTER.

S /*William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE

**(Signatures and Certificate of Service on Following Page)**

APPROVED FOR ENTRY:

| | |
|---|---|
| SPEARS, MOORE, REBMAN & WILLIAMS, P.C. | LOWE, YEAGER & BROWN |
| By: */s/ Timothy J. Millirons* | By: */s/ Darryl G. Lowe* |
|    Timothy J. Millirons, BPR #018808 |    Darryl G. Lowe, BPR # 002104 |
|    Jennifer Kent Exum, BPR #025500 |    *Attorneys for Defendants Lynn Dillard* |
|    Anna Marie Davenport, BPR #026646 |    *Doss, individually and d/b/a* |
|    *Attorneys for Plaintiffs Dexter W. White,* |    *Doss & Associates* |
| *Wayne Brantley and David Hill* |    dgl@lyblaw.net |
|     tjm@smrw.com |    1950 Riverview Tower |
|  801 Broad Street, Sixth Floor |  900 S. Gay Street |
| P.O. Box 1749 | Knoxville, Tennessee 37902 |
| Chattanooga, Tennessee 37401-1749 | Tel: (865) 521-6527 |
| Tel: (423) 756-7000 | |
| Fax: (423) 756-4801 | |

## Certificate of Service

I hereby certify that on August 13, 2012 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

    R. Dee Hobbs, Esq.
    Counsel for Defendants
    Grant Parker, individually
    and d/b/a Color Scapes, Inc.
    701 Market Street, Suite 1217
    Chattanooga, TN 37402

SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

By: */s/ Timothy J. Millirons*